ARTHUR COLLIER REALTY COMPANY, RESPONDENT, v.
HENRY GOTTLIEB, APPELLANT.

Submitted February 12, 1926—Decided May 17, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 1127.

For the respondent, *Stein & Stein.*

For the appellant, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.